Eric J. Gravel - SBN: 256672
Law Offices of Eric J. Gravel
2285 South El Camino Real
San Mateo, CA 94403
Ph: (650) 931-6000
ctnotices@gmail.com

Attorney for Fredeswindo San Juan and Erlinda San Juan

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-30972 |
|---|---|
| FREDESWINDO SAN JUAN | Hearing Date: May 23, 2014<br>Hearing Time: 10:00 a.m.<br>Hon. Dennis Montali |
| ERLINDA SAN JUAN | DCN: DCN-01 |
| , debtor | |

## DECLARATION IN SUPPORT OF MOTION TO AUTHORIZE

## THE DEBTORS TO SELL REAL PROPERTY

I, Erlinda San Juan, acting on my behalf and on behalf of my deceased husband, the Debtors herein, hereby submit this Declaration in Support of Motion to Authorize the Debtors to Sell Real Property. This Declaration is based on the following facts:

1. Our case was commenced with the filing of a petition on April 24, 2013.

2. Our Chapter 13 plan was confirmed on February 24, 2014.

3. I have read our Attorney's Motion for Order to Authorize the Debtors to Sell Real Property.

4. The assertions and facts contained in our Attorney's Motion are true and correct.

5. I am anxious to conclude the sale of the real property commonly known as 2392 Bryant St, San Francisco, CA 94110, under the following terms and conditions:

   a. Buyer: Evergrow Ventures LLC

b. Purchase price: $800,000.00

6. I understand and am aware that the sale of this property will impact the overall financial structure of this Chapter 13 Plan and that the Plan may have to be modified to meet the demands of this new financial structure.

I join with our attorney in seeking the Court's approval of the Motion.

**CERTIFICATION**

I, Erlinda San Juan, hereby certify under penalty of perjury that I have read the foregoing Motion to Authorize the Debtors to Sell Real Property, and that I have read the Declaration in Support of Motion to Authorize the Debtors to Sell Real Property. I further certify under penalty of perjury that the contents thereof are true and correct. Executed on April 30, 2014, at San Mateo, CA.


  /s/ Erlinda San Juan
  Erlinda San Juan